IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00756-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

    Plaintiff,

v.

ADX SEGREGATION REVIEW TEAM, et al.,
M. COLLINS, ADX Unit Manager,
V. SUDLOW, ADC Case Manager, and
R. MADISON, ADX Counselor,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 6 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED PLEADING

---

Applicant C. Eli-Jah Hakeem Muhammad, a.k.a. Christopher Mitchell, is a prisoner in the custody of the United States Bureau of Prisons at ADX Florence. Plaintiff has filed a *pro se* Prisoner Complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). The Court must construe the Complaint liberally, because Plaintiff is a *pro se* Litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Plaintiff will be ordered to file an amended pleading.

The Court finds that upon review of the grievances that Plaintiff has attached to the complaint form in this case, his writing clearly is more legible in the attachments than it is in either the forms or other filings he prepares for submission to the Court.

Plaintiff, therefore, is instructed to use the same legible writing in documents he submits to the Court that he is found to use in other correspondence. Accordingly, it is

ORDERED that Plaintiff file **within thirty days from the date of this Order** an amended pleading that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the Prisoner Complaint form. It is

FURTHER ORDERED that, if Plaintiff fails within the time allowed to file an original and sufficient copies of an amended pleading that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED July 6, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-00756-BNB

C. Elijah Hakeem Muhammad
aka Christopher Hijrah Mitchell
Reg. No. 02791-088
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 7/6/06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk